Jennifer J. Middleton, OSB #071510
jmiddleton@chantilaw.com
Suzanne B. Chanti, OSB #88179
schanti@chantilaw.com
Chanti & Middleton, P.C.
245 East 4th Avenue
Eugene, OR 97401-2429
Telephone:    541/683-2506
Fax:               541/683-3149
     Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| RODNEY GORDON,<br><br>               Plaintiff,<br><br>     v.<br><br>COMPLETE AUTOMOTIVE REPAIR, LTD., dba JACKSON'S COMPLETE AUTO CARE,<br><br>               Defendant. | Case No. 09-6131-HO<br>Judge:  Michael R. Hogan<br><br>**STIPULATED DISMISSAL** |
|---|---|

     Pursuant to FRCP 41(a)(1), Plaintiff Rodney Gordon and Defendant Complete Automotive Repair Ltd. dba Jackson's Auto Care, by and through their respective attorneys, stipulate that all claims and counterclaims, asserted by both Plaintiff Rodney Gordon and Defendant Complete Automotive Repair, are hereby dismissed with prejudice and without fees

///

///

///

PAGE 1 – STIPULATED DISMISSAL

or costs to either party.

DATED this 22nd day of July, 2009

CHANTI & MIDDLETON, P.C.


By: */s/ Jennifer Middleton*
    Jennifer Middleton, OSB # 071510
    541/683-2506
    541/683-3149 fax
    jmiddletone@chantilaw.com
        Attorneys for Plaintiff Rodney Gordon


DATED this 23rd day of July, 2009.


GARTLAND, NELSON, McCLEERY,
    WADE & WALLOCH, P.C.


By: */s/ David Wade*
    Emily Hill, OSB #04315
    David Wade, OSB #931217
    541/344-2174
    541/344-0209 fax
    ehill@dgnmw.com
    dwade@dgnmw.com
        Attorneys Complete Automotive Repair, Ltd., dba Jackson's Complete Auto Care


PAGE 2 – STIPULATED DISMISSAL